UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RAHMIR SKINNER,

        Plaintiff,

v.

CORRECTION OFFICER I. COLLAZO, et al.,

        Defendants.

Civil Action No. 15-8546 (PGS)

**MEMORANDUM AND ORDER**

This matter comes before the Court on a civil rights Complaint filed by Plaintiff Rahmir Skinner pursuant to 42 U.S.C. § 1983. Presently before the Court is Plaintiff's reply to the Answer filed by Defendants Correction Officer Ferrell and Correction Officer Sanders. ECF No. 33. However, federal rules only permit a reply to an answer when the Court orders one. See Fed. R. Civ. P. 7(a)(7). This Court has not authorized a reply. As such,

IT IS on this ___4___ day of ___April___, 2017,

**ORDERED** that Plaintiff's reply, ECF No. 33, shall be **STRICKEN** from the docket; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

_____
Peter G. Sheridan
United States District Judge